FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 DEC -8 PM 12:50

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: C-1-00-467 |
| JACQUELINE WILLIAMS, | ) JUDGE BECKWITH |
| aka JACQUELINE R. WILLIAMS, | ) MAGISTRATE JUDGE HOGAN |
| SSN: XXX-XX-3194 | ) |
| Defendant, | ) |
| and | ) |
| CFA Staffing | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

__Mari Cielo__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A. That he/she is the __Garnishment Administrator__ (state official title, relationship, etc.) of Garnishee, CFA Staffing.

B. On __11/29__, 2005, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. _____ Yes __✓__ No. (If the answer is yes, complete items 1 and 2 below):

1. Debtor's pay period is _____ weekly, _____ bi-weekly, _____ semi-monthly, _____ monthly. Enter the date the present pay period began. _____ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. _____

2. The amount of the Debtor's net wages are:
   a) Gross Pay                          _____
   b) Federal Income Tax                 _____
   c) F.I.C.A. Income Tax                _____
   d) State Income Tax                   _____
   e) Total of tax withholdings          _____
   f) Net Wages ( total is (a) less total of (e))  _____

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) _____ Yes __✓__ No.

If the answer is yes, describe below.

_____

_____

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest. _____ Yes __✓__ No (If the answer is yes, describe below)

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $ _____ | _____ |
| 2. | $ _____ | _____ |
| 3. | $ _____ | _____ |
| 4. | $ _____ | _____ |

F. Complete items 1 through 3 below, if applicable:

1. The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

   _____

   _____

2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   _____

   _____

3. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

   *Last worked week ending 9/18/05*

G. The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

(1) Clerk U.S. District Court
U.S. Postoffice & Courthouse, Rm #103
Cincinnati, OH 45202

(2) the Debtor:
Jacqueline Williams
2251 Vine Street
Cincinnati, OH 45219

(3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401

*Mari Cielo*
Garnishee & Telephone Number

Subscribe and sworn to before me this 5TH day of DECEMBER, 2005.

*[signature]*
Notary Public
My Commission expires: __JO-ANN GUERIN__
Notary Public, State of New York
No. 4959624
Qualified in Nassau County
Commission Expires December 4, 20 07.

FILED
JAMES BONINI
CLERK

05 DEC 12 PM 12: 12



December 8, 2005

TO: CLERK U.S. DISTRICT COURT

RE: JACQUELINE WILLIAMS

SS#: ■■■■-3194

CASE#: C-1-00-467

Resource Funding Group provides financing and bookkeeping services for CFA Staffing.
The above referenced employee completed the assignment as an employee of CFA Staffing and the last day worked was 09/18/05.

177 Crossways Park Drive
Woodbury, NY 11797-2016

516-364-3535
Fax: 516-496-3189

Sincerely,

Debra Savona
Garnishment Department
(516) 682-1714