IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　Plaintiff　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)　CASE NO:  C-1-00-467<br>　　　vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>JACQUELINE WILLIAMS,　　　　　　)　JUDGE BECKWITH<br>aka JACQUELINE R. WILLIAMS,　　　)　 MAGISTRATE JUDGE HOGAN<br>SSN: XXX-XX-3194　　　　　　　　　)<br>　　　Defendant,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　and　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>CFA Staffing　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　Garnishee.　　　　　　　　　)| |

**PLAINTIFF'S MOTION TO QUASH THE
WRIT OF CONTINUING GARNISHMENT**

　　　Plaintiff, United States of America,  pursuant to 28 U.S.C. §3205(10),  respectfully moves this Honorable Court to quash the Writ of Continuing Garnishment (Doc. #19) filed on November 23, 2005 in the above captioned case.  Plaintiff has received the Answer of the Garnishee (Doc. #22) indicating that the Garnishee is in no manner under liability to the Defendant Jacqueline Williams. The Defendant no longer is employed by the Garnishee as of September18, 2005.  Therefore, it is respectfully requested that the November 23, 2005 Writ of Continuing Garnishment against the property of  Jacqueline Williams be quashed.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　GREGORY G. LOCKHART
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　s/Deborah F. Sanders
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH F. SANDERS (0043575)
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Southern District of Ohio
　　　　　　　　　　　　　　　　　　　　　　　303 Marconi Boulevard, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Columbus, Ohio  43215-2401
　　　　　　　　　　　　　　　　　　　　　　　(614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Quash the Writ of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 15th day of December, 2005 to:

Jacqueline Williams
2251 Vine Street
Cincinnati, OH  45219

CFA Staffing
Attn: Human Resources
11804 Springfield Pike
Cincinnati, OH 45246

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

N:\_ECF Workload\DSanders\williams, jacqueline quash.wpd