IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>JACQUELINE WILLIAMS,<br>aka JACQUELINE R. WILLIAMS,<br>SSN: XXX-XX-3194<br>Defendant,<br><br>and<br><br>CFA Staffing<br><br>Garnishee. | CASE NO: C-1-00-467<br><br>JUDGE BECKWITH<br>MAGISTRATE JUDGE HOGAN |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the November 23, 2005 Writ of Continuing Garnishment against the property of Jacqueline Williams be quashed.

Date: 12/19/05

UNITED STATES MAGISTRATE JUDGE